IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ADAM JAMES STUGART,

Plaintiff,

vs.

CHAD WIEBERS, in his individual capacity;
and  OMAHA POLICE DEPARTMENT,

Defendants.

8:25CV507

MEMORANDUM AND ORDER

On January 2, 2026, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action.  Filing No. 8.  To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1.    This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

2.    The Clerk of the Court is directed to send a copy of this Memorandum and Order and the accompanying Judgment to Plaintiff at the address on file and to the following address:  Adam J. Stugart #221232, Community Corrections Center - Omaha, 2320 Avenue J, Omaha, NE 68110.

Dated this 13th day of February, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge